IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>Brown/Beige 2002 Chevrolet Trail Blazer, bearing VIN: 1GNDT13SX22516991 | MJ 22-4-BU-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 24th day of February, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge